George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Jessica N. Melgar (California Bar No. 311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
jmelgar@kraw.com

Attorneys for Plaintiffs:
Producer-Writers Guild of America Pension Plan;
Board of Directors, Producer-Writers Guild of America Pension Plan;
Writers' Guild-Industry Health Fund; and
Board of Trustees, Writers' Guild-Industry Health Fund

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,

And,

WRITERS' GUILD-INDUSTRY HEALTH FUND; BOARD OF TRUSTEES OF THE WRITERS GUILD-INDUSTRY HEALTH FUND,

Plaintiffs,

v.

HOLMES & WATSON I, LLC, A Washington State Limited Liability Company,

And,

Case No.: 2:19-cv-00716-CJC-SKx

**NOTICE OF SETTLEMENT**

ROSS OTTERMAN,

An Individual and Resident of California,

Defendants.

Plaintiffs, PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, WRITERS' GUILD-INDUSTRY HEALTH FUND; BOARD OF TRUSTEES OF THE WRITERS GUILD-INDUSTRY HEALTH FUND, hereby notifies the Court that it has reached a settlement with Defendants HOLMES & WATSON I, LLC, a Washington State Limited Liability Company, and, ROSS OTTERMAN, an Individual and Resident of California. It is anticipated that settlement documents will be circulated and processed, the matter resolved, and a notice of dismissal filed within thirty (30) days.

Dated: June 25, 2019

Respectfully Submitted,

KRAW LAW GROUP, APC

By: /s/ Katherine McDonough
KATHERINE MCDONOUGH
Counsel for Plaintiffs